MANUEL CANHAS, Plaintiff, v. RALPH PETERS and Others, Defendants. L. M. BERKELEY, Appellant; LANDWAY HOLDING CORP. and OVERALL REALTY CORP., Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

JOHN ROTH, Respondent, v. THE REICHSBANK, Sometimes Known, Referred to, and Designated as the " REICHSBANK," and the " REICHSBANK-DIREKTORIUM," Appellant.— Orders unanimously reversed, with twenty dollars costs and disbursements, and motions denied. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

FLORENCE BURES and W. T. LA GOSH, Respondents, v. THE REICHSBANK, Sometimes Known, Referred to and Designated as the " REICHSBANK," and the " REICHSBANK-DIREKTORIUM," Appellant.— Orders unanimously reversed, with twenty dollars costs and disbursements, and motions denied. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

RALPH B. STRASSBURGER, Respondent, v. IRVING TRUST COMPANY, Appellant.— Order unanimously modified by striking from the fourth paragraph thereof the words " and such other officers, agents, or employees as may have knowledge of the facts," without prejudice to an application to examine other officers, to be designated by name, if the examination shows further examination to be necessary, and, as so modified, affirmed, without costs. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

FAUSTA M. CASTRO, Respondent, v. GUARDIAN INVESTORS CORPORATION and Others, Appellants.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion denied. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

MARGARET EGAN, Respondent, v. THE FORTY-SECOND STREET, MANHATTAN-VILLE AND ST. NICHOLAS AVENUE RAILWAY COMPANY, Appellant.— Order, so far as appealed from, unanimously reversed, with twenty dollars costs and disbursements, and the motion that a copy of the doctor's report of a physical examination of the plaintiff shall be furnished to the plaintiff denied. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

THE LITTLE JONES COMPANY, INC., Respondent, v. ORIENTAL CRAFT SHOPPE, INC., and HERMINE STOCK, Appellants.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion denied. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

MOLLIE WEISER, Respondent, v. COURSARD CORP. and MURRAY KRIEGER, Appellants.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion denied. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.